No. 04–7022. TWIGGS v. DiGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. Sup. Ct. Pa. Certiorari denied.

No. 04–7030. LEWIS v. AMR ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–7031. MCSPADDEN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–7032. DUE v. HAMLET, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7034. USHER v. WEST, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–7035. TURNER v. HUMPHREY, WARDEN. Super. Ct. Mitchell County, Ga. Certiorari denied.

No. 04–7044. EVERETT v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7046. VAUGHN v. CITY OF NORTH BRANCH, MINNESOTA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–7049. LAY v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 04–7050. HART v. MULTNOMAH COUNTY, OREGON, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–7051. HART v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–7053. ALI, FKA SISTRUNK v. DRAGOVICH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CHESTER, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7055. OSTLER v. UTAH ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–7058. PAUL v. FOX ET AL. C. A. 3d Cir. Certiorari denied.